CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02903**

McCormick v. Davol, Inc. **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Nancy F. Atlas
Lead case: 4:07-cv-02002
Member case: (View Member Case)
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

Date Filed: 09/10/2007
Date Terminated: 10/12/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**James E. McCormick** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2007 | 1 | COMPLAINT against Davol, Inc. (Filing fee $ 350 receipt number 3015620) filed by James E. McCormick. (Attachments: # 1 Civil Cover Sheet McCormick, James E.)(Alexander, David) (Entered: 09/10/2007) |
| 09/11/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to |

| | | |
|---|---|---|
| | | Disclose Interested Persons. Initial Conference set for 11/1/2007 at 01:00 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(smurdock, ) (Entered: 09/11/2007) |
| 09/18/2007 | | Summons Issued as to Davol, Inc., filed.(bthomas, ) (Entered: 09/18/2007) |
| 09/25/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by James E. McCormick, filed.(Alexander, David) (Entered: 09/25/2007) |
| 10/04/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 9/24/2007, answer due 10/15/2007, filed.(sbyrum, ) (Entered: 10/11/2007) |
| 10/12/2007 | 5 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc., filed. Motion Docket Date 11/1/2007. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed Motion for Stay of Proceedings-Xfer to MDL)(McFarland, D) (Entered: 10/12/2007) |
| 10/12/2007 | 6 | ORDER STAYING CASE Granting 5 Unopposed MOTION to Stay Proceedings Pending Transfer to Federal MDL..( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 10/12/2007) |
| 10/24/2007 | 7 | JPML CONDITIONAL TRANSFER ORDER (6) (certified copy) transferring case to USDC for the District of Rhode Island to be included in MDL Docket No. 1842.(jegonzalez, ) (Entered: 10/25/2007) |
| 10/24/2007 | | Interdistrict transfer to USDC District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by certified mail. Article Number 7004 1350 0000 7775 4466, filed. (jegonzalez, ) (Entered: 10/25/2007) |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2007 13:08:19 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-02903 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

---